# EXHIBIT C



No Known or Loss Letter Template

# NO KNOWN LOSS LETTER

Date 8/31/2020

INSURED NAME Ian Hicks
INSURED ADDRESS 6000 E Evans Ave, Ste. 1-360
INSURED CITY, STATE, ZIP Denver, CO, 80222

RE:   POLICY/SUBMISSION NUMBER: 2020-0515
      POLICY PERIOD: 5/15/2020 – 5/15/2021
      LAPSE PERIOD: 5/15/2020 to 8/21/2020 (date paid to Cairn Insurance, receipt #3185951)
      INSURER: Berkley

The undersigned, as a condition precedent to the binding of the Policy referenced above, hereby states that, after diligent inquiry, there are no known losses, occurrences, claims, suits, acts, errors, omissions, or other events for which a claim for coverage under the Policy referenced above may be made. The undersigned understands that the insurer issuing the above referenced policy is relying upon the statements made in this Letter as an inducement to bind the above referenced policy.

The undersigned further states and understands that if any such loss, occurrence, claim, suit, acts, errors, omissions, or other event occurs during the policy period for the policy referenced above, that the execution and submission of this letter may result in the cancellation or rescission of the policy referenced above and the imposition of civil and/or criminal penalties. The undersigned further understands that if the insurer issuing the above referenced policy becomes obligated to make any payment under the above referenced policy with respect to any loss, occurrence, claim, suits, acts, errors, omissions, or other event occurring during the policy period for the above referenced policy, then such insurer reserves the right to seek full reimbursement of such payment from the undersigned.

Signature
Print Name   Ian Hicks
Title        Managing Attorney
Date         9/1/2020

## FRAUD WARNING

Any person, who knowingly and with intent to defraud or deceive that executes a No Known Loss Letter which contains any materially false or misleading information or misrepresentation may have committed a fraudulent insurance act, which may be a crime and result in the rescission or cancellation of the subject insurance policy and the imposition of criminal and/or civil penalties.

4820 Lake Brook Drive, Suite 200 | Glen Allen, VA 23060
877.598.3787
www.verusins.com

**EXHIBIT C, PAGE 1**