# EXHIBIT D

| | | |
|---|---|---|
| **Attorney Regulation Counsel**<br>Jessica E. Yates<br><br>**Chief Deputy Regulation Counsel**<br>Margaret B. Funk<br><br>**Deputy Regulation Counsel**<br>April M. McMurrey<br><br>**Deputy Regulation Counsel**<br>Dawn M. McKnight<br><br>**Deputy Regulation Counsel**<br>Gregory G. Sapakoff | **COLORADO SUPREME COURT**<br>**ATTORNEY REGULATION COUNSEL**<br><br>Attorneys' Fund for Client Protection<br>Unauthorized Practice of Law | **Assistant Regulation Counsel**<br>Jane Cox<br>Jill Perry Fernandez<br>Erin Robson Kristofco<br>Bryon M. Large<br>Michele Melnick<br>Justin P. Moore<br>Alan C. Obye<br>Lisa E. Pearce<br>Matt Ratterman<br>David B. Shaw<br>Catherine S. Shea<br>Jacob M. Vos<br>Rhonda White-Mitchell<br>E. James Wilder<br>**Professional Development Counsel**<br>Jonathan P. White |

August 20, 2020

Ian T. Hicks, Esq.
6000 East Evans Avenue
Building 1 Suite 360
Denver, CO 80222

Re: <u>Request for Investigation filed by Mike Nazminia, #20-1965</u>

Dear Mr. Hicks:

The enclosed request for investigation has been filed pursuant to Colorado Rule of Civil Procedure 251.9. I am unable to determine whether further proceedings pursuant to C.R.C.P. 251.10 are appropriate. Therefore, please give me your position in this matter in writing within **twenty-one (21) days** of the date of this letter. **Please be brief** (preferably no more than five pages). We will request additional information or documentation if we find it necessary to do so in the course of reviewing this matter.

The facts and circumstances set forth by Mr. Nazminia implicate Colorado Rules of Professional Conduct 1.3 (diligence), 1.4 (communication), 1.5 (fees), 1.15A (safekeeping property) and 1.16 (declining or terminating representation).[1] Reference to these Rules is intended to facilitate your response, and is not intended as an exclusive list of the Rules that may be implicated in this matter. Please be advised that other Rules may be implicated as this investigation proceeds.

One copy of an appropriate response, with exhibits, if any, must be filed with this office. In addition to specifically responding to each of the allegations set forth in Mr. Nazminia's enclosed written request for investigation, please address the following issues in your response:

---

[1] The rules for the discipline of lawyers, enacted by the Supreme Court, are contained in Chapter 20, C.R.C.P., Court Rules Book 1, C.R.S. The Colorado Rules of Professional Conduct, as amended and reenacted by the Colorado Supreme Court, apply. They are also found in Book 1.

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT D, PAGE 1**

Ian T. Hicks, Esq.
Re: Request for investigation filed by Mike Nazminia, #20-1965
August 20, 2020
Page 2

1. Did you represent Mr. Nazminia? If so, please describe the nature of your representation of Mr. Nazminia including when such representation began and ended.

2. Have you provided any billing statements or other accounting to Mr. Nazminia? If yes, please provide a copy of such billing statements or accounting. If not, please explain why not.

3. Please provide a complete accounting of the funds you received on behalf of Mr. Nazminia and a description of when and where the funds were received and disbursed.

4. Was the money you received on behalf of Mr. Nazminia deposited into a COLTAF Trust Account or other client trust account? If not, why not? Has the money you received on behalf of Mr. Nazminia remained in your COLTAF Trust Account or other client trust account since you received it? If not, why not?

5. Did you prepare any fee agreements with Mr. Nazminia? If so, please provide a copy of such fee agreements. If not, please explain the billing arrangement with Mr. Nazminia and provide copies of the documents that comply with Rule 1.5(b).

6. What work did you perform for Mr. Nazminia, when was the work performed and how long did it take you to perform the work? Please also identify the benefit that Mr. Nazminia received from that work.

**Additionally, please mail a copy of your response and exhibits to the Complainant and send a certification to this office that you have done so.** Thereafter, you will be notified whether further proceedings must be undertaken.

Thank you for your cooperation.

Sincerely,

*E. James Wilder*

E. James Wilder
Assistant Regulation Counsel

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT D, PAGE 2**

Ian T. Hicks, Esq.
Re: Request for investigation filed by Mike Nazminia, #20-1965
August 20, 2020
Page 3

EJW/ejw
Enclosure

cc: Mike Nazminia

**Note to complaining party**: If you wish to reply to the attorney's response, please do so in writing within seven (7) days after you receive it. If we do not receive any written reply from you, we will complete our review using the information you initially submitted and the information contained in the attorney's response.

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT D, PAGE 3**