# EXHIBIT E

| | | |
|---|---|---|
| Attorney Regulation Counsel<br>Jessica E. Yates<br><br>Chief Deputy Regulation Counsel<br>Margaret B. Funk<br><br>Deputy Regulation Counsel<br>April M. McMurrey<br><br>Deputy Regulation Counsel<br>Dawn M. McKnight<br><br>Deputy Regulation Counsel<br>Gregory G. Sapakoff | **COLORADO SUPREME COURT**<br>**ATTORNEY REGULATION COUNSEL**<br><br><br>Attorneys' Fund for Client Protection<br>Unauthorized Practice of Law | Assistant Regulation Counsel<br>Jane Cox<br>Jill Perry Fernandez<br>Erin Robson Kristofco<br>Bryon M. Large<br>Michele Melnick<br>Justin P. Moore<br>Alan C. Obye<br>Lisa E. Pearce<br>Matt Ratterman<br>David B. Shaw<br>Catherine S. Shea<br>Jacob M. Vos<br>Rhonda White-Mitchell<br>E. James Wilder<br>Professional Development Counsel<br>Jonathan P. White |

August 24, 2020

Ian Trevor Hicks
6000 East Evans Avenue Building 1 Suite 360
Denver, CO 80222

Re: <u>Request for Investigation filed by Hannah Polmer, #20-2077</u>

Dear Mr. Hicks:

The enclosed request for investigation has been filed pursuant to Colorado Rule of Civil Procedure 251.9. The letter provided by Ms. Polmer has been redacted by our office. I am enclosing pages 43, 44 and 47. The letter was sent to our office on June 19, 2020.

I am unable to determine whether further proceedings pursuant to C.R.C.P. 251.10 are appropriate. Therefore, please give me your position in this matter in writing within ***twenty one (21) days*** of the date of this letter. <u>Please be brief</u> (preferably no more than five pages). We will request additional information or documentation if we find it necessary to do so in the course of reviewing this matter.

The facts and circumstances set forth by Ms. Polmer implicate Colorado Rules of Professional Conduct 1.1 (competence), 1.3 (diligence) and 1.4(a), subsections (2)(3) and (4)(communication).[1] Reference to these Rules is intended to facilitate your response, and is not intended as an exclusive list of the Rules that may be implicated in this matter. One copy of an appropriate response, with exhibits, if any, must be filed with this office. In addition to generally responding to the contents of Ms. Polmer's letter, please address the following issues in your response:

Ms. Polmer reports you were hired to file a malpractice suit against Paul Gordon. She reports you did not research Mr. Gordon's malpractice coverage, and therefore, filed suit against him after his coverage had expired. She also

---

[1] The rules for the discipline of lawyers, enacted by the Supreme Court, are contained in Chapter 20, C.R.C.P., Court Rules Book 1, C.R.S. The Colorado Rules of Professional Conduct, as amended and reenacted by the Colorado Supreme Court, apply. They are also found in Book 1.

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT E, PAGE 1**

Ian Trevor Hicks
Re: Request for investigation filed by Hannah Polmer, #20-2077
August 24, 2020
Page 2

reports you failed to communicate with her and her husband regarding the case, and stopped taking action on the case.

1. Ms. Polmer reports you were hired in September 2018 to represent her and Mr. Rudge in a suit against Mr. Gordon. She further reports you delayed in filing suit against Mr. Gordon until November 2018. Please explain whether there was any delay in filing, and if so, why.

2. Please explain what research you did regarding Mr. Gordon's malpractice coverage and your understanding of whether that coverage was in place at the time you filed the complaint against him in November 2018 in case no. 18CV34324.

3. Please describe your communication with Ms. Polmer and Mr. Rudge during the representation and also, the work you performed before filing your motion to withdraw in June 2019.

<u>Additionally, please mail a copy of your response and exhibits to the complainant and send a certification to this office that you have done so.</u> Thereafter, you will be notified whether further proceedings must be undertaken.

Thank you for your cooperation.

Sincerely,

*[signature]*

April M. McMurrey
Deputy Regulation Counsel

AMM/rsl

Enclosure
cc:   Hannah Polmer
      630 North Cascade
      Colorado Springs, CO  80903

<u>Note to complaining party</u>:  If you wish to respond to the attorney's answer, please do so in writing within seven (7) days after you receive the attorney's answer.

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT E, PAGE 2**