# EXHIBIT F

| | | |
|---|---|---|
| Attorney Regulation Counsel<br>Jessica E. Yates<br><br>Chief Deputy Regulation Counsel<br>Margaret B. Funk<br><br>Deputy Regulation Counsel<br>April M. McMurrey<br><br>Deputy Regulation Counsel<br>Dawn M. McKnight<br><br>Deputy Regulation Counsel<br>Gregory G. Sapakoff | **COLORADO SUPREME COURT**<br>**ATTORNEY REGULATION COUNSEL**<br><br><br><br>Attorneys' Fund for Client Protection<br>Unauthorized Practice of Law | Assistant Regulation Counsel<br>Jane Cox<br>Jill Perry Fernandez<br>Erin Robson Kristofco<br>Michele Melnick<br>Justin P. Moore<br>Alan C. Obye<br>Lisa E. Pearce<br>Matt Ratterman<br>David B. Shaw<br>Catherine S. Shea<br>Jacob M. Vos<br>Rhonda White-Mitchell<br>E. James Wilder<br>Professional Development Counsel<br>Jonathan P. White |

*Via email only: Ian@ithlaw.com*

November 23, 2020

Ian Trevor Hicks
6000 East Evans Avenue
Building 1 Suite 360
Denver, CO 80222

Re:  Request for Investigation filed by Hannah Polmer, 20-2997

Dear Mr. Hicks:

The enclosed request for investigation has been filed pursuant to Colorado Rule of Civil Procedure 251.9.  I am unable to determine whether further proceedings pursuant to C.R.C.P. 251.10 are appropriate.  Therefore, please give me your position in this matter in writing within **twenty-one (21) days** of the date of this letter.  **Please be brief** (preferably no more than five pages).  We will request additional information or documentation if we find it necessary to do so in the course of reviewing this matter.

The facts and circumstances set forth by Ms. Polmer in the email correspondence she provided, which I have redacted, implicate Colorado Rule of Professional Conduct 8.4(c)(dishonesty).[1]  Reference to this Rule is intended to facilitate your response, and is not intended as an exclusive list of the Rules that may be implicated in this matter. Please be advised that other Rules may be implicated as this investigation proceeds.

One copy of an appropriate response, with exhibits, if any, must be filed with this office.  Please address the following issues in your response:

---

[1] The rules for the discipline of lawyers, enacted by the Supreme Court, are contained in Chapter 20, C.R.C.P., Court Rules Book 1, C.R.S.  The Colorado Rules of Professional Conduct, as amended and reenacted by the Colorado Supreme Court, apply. They are also found in Book 1.

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT F, PAGE 1**

Ian Trevor Hicks
Re: Request for investigation filed by Hannah Polmer, #20-2997
November 23, 2020
Page 2

Ms. Polmer reports you represented to the Office of Attorney Registration that your professional liability carrier was W.R. Berkley Corporation for the 2018-2019 time frame. Ms. Polmer reports that she contacted Berkley Select and they report they have no record of a policy issued to you or your firm. Her correspondence with Berkley Select is attached to the email transmitting this letter to you.

1. Please explain what you represented to the Office of Attorney Registration regarding your malpractice carrier for the 2018 and 2019 registration periods.

2. Please explain whether those representations to the Office of Attorney Registration were accurate, and if not, please provide an explanation for the representations.

**Please provide your response to me via email, and I will provide it to Ms. Polmer via email.** Thereafter, you will be notified whether further proceedings must be undertaken.

The Colorado Bar Association Ethics Committee is piloting a new program designed to assist lawyers in disciplinary matters. For information regarding the CBA Ethics Committee Assistance Program for OARC Disciplinary Matters, please visit the following link: https://www.cobar.org/For-Members/Committees/Ethics-Committee/OARC-Hearing-Assistance-for-Lawyers

Thank you for your cooperation.

Sincerely,

*April M. McMurrey*

April M. McMurrey
Deputy Regulation Counsel

Attachments via email

cc: Hannah Polmer (via email only)

**<u>Note to complaining party</u>: If you wish to reply to the attorney's response, please do so in writing within seven (7) days after you receive it. If we do not receive any written reply from you, we will complete our review using the information you initially submitted and the information contained in the attorney's response.**

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 • Website • www.coloradosupremecourt.com

**EXHIBIT F, PAGE 2**