# EXHIBIT G

| | | |
|---|---|---|
| Attorney Regulation Counsel<br>Jessica E. Yates<br><br>Chief Deputy Regulation Counsel<br>Margaret B. Funk<br><br>Deputy Regulation Counsel<br>April M. McMurrey<br><br>Deputy Regulation Counsel<br>Dawn M. McKnight<br><br>Deputy Regulation Counsel<br>Gregory G. Sapakoff | **COLORADO SUPREME COURT**<br>**ATTORNEY REGULATION COUNSEL**<br><br>Attorneys' Fund for Client Protection<br>Unauthorized Practice of Law | Assistant Regulation Counsel<br>Jane Cox<br>Jill Perry Fernandez<br>Erin Robson Kristofco<br>Michele Melnick<br>Justin P. Moore<br>Alan C. Obye<br>Lisa E. Pearce<br>Matt Ratterman<br>David B. Shaw<br>Catherine S. Shea<br>Jacob M. Vos<br>Rhonda White-Mitchell<br>E. James Wilder<br>Professional Development Counsel<br>Jonathan P. White |

November 17, 2020

***VIA U.S. MAIL AND U.S. MAIL CERTIFIED***
***Certified Mail No. 9414 7266 9904 2164 1078 97***
***Return Receipt Requested***

Ian T. Hicks, Esq.
6000 East Evans Avenue
Building 1, Suite 360
Denver, CO 80222

      Re:  Request for Investigation filed by Kaydi Homme, #20-2927

Dear Mr. Hicks:

      I am enclosing a copy of a request for investigation that has been filed with this office.  The Colorado Supreme Court Office of Attorney Regulation is now investigating this matter pursuant to Colorado Rule of Civil Procedure 251.10. **This investigation has been assigned to Jacob M. Vos, Esq. (whose direct phone number is 303-928-7811) and Matt Gill, Investigator (whose direct phone number is 303-928-7870).**  Now that your case is assigned to Mr. Vos and Mr. Gill, future contact should be with them.

      The facts and circumstances as set forth by Ms. Homme implicate Colo. RPC 1.3 (diligence), 1.4 (communication) and 1.8(j) (a lawyer shall not have sexual relations with a client unless a consensual sexual relationship existed between them when the client-lawyer relationship commenced).  Reference to these Rules is intended to facilitate your response in this matter and is not intended as an exclusive list of the Rules implicated by this matter.  Please be advised that other Rules may be implicated as the investigation evolves.

      Accordingly, you must file with this office AN ORIGINAL AND ONE (1) COPY of an appropriate response, EACH WITH EXHIBITS, if any, within twenty-one (21) days of receipt of this letter.  See C.R.C.P. 251.10(a).  Your answer materials should be collated and stapled.  This office will furnish a copy of your response to

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT G, PAGE 1**

Ian T. Hicks, Esq.
Re: Request for investigation filed by Kaydi Homme, #20-2927
November 17, 2020
Page 2

the Complainant. Thereafter, an investigator will contact you. Following our investigation of the allegations you will be advised of our determination or that of the Supreme Court Legal Regulation Committee.

The rules for the discipline of lawyers, enacted by the Supreme Court, are contained in Chapter 20, C.R.C.P., Court Rules Book 1, C.R.S. The Colorado Rules of Professional Conduct are also found in Book 1.

The Colorado Bar Association Ethics Committee is piloting a new program designed to assist lawyers in disciplinary matters. For information regarding the CBA Ethics Committee Assistance Program for OARC Disciplinary Matters, please visit the following link: https://www.cobar.org/For-Members/Committees/Ethics-Committee/OARC-Hearing-Assistance-for-Lawyers.

Sincerely,

/s/ Lisa E. Pearce
Assistant Regulation Counsel


LEP/rsl
Enclosure

1300 Broadway • Suite 500 • Denver, Colorado 80203 • (303) 457-5800 • Toll free (877) 888-1370 •Website • www.coloradosupremecourt.com

**EXHIBIT G, PAGE 2**