**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No:  1:21-cv-1843-SKC

**BERKLEY ASSURANCE COMPANY,**

        Plaintiff,

   v.

**THE LAW OFFICE OF IAN T. HICKS LLC;**
**IAN T. HICKS;**
**MIKE NAZMINIA;**
**HANNAH POLMER;**
**WILLIAM RUDGE; and**
**KAYDI HOMME,**

        Defendants.

---

**BERKLEY ASSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and with no parties having answered or moved for summary judgment, Plaintiff, Berkley Assurance Company, by and through its counsel, hereby provides notice that it voluntarily dismisses the above referenced action with prejudice.

Respectfully submitted September 14, 2021,

**MONTGOMERY AMATUZIO**
**CHASE BELL JONES, LLP**

By: /s/ *Kyle B. Joyce*
Kevin F. Amatuzio, Esq.
Kyle B. Joyce, Esq.
4100 E. Mississippi Ave, 16th Floor
Denver, Colorado 80246
Telephone: (303) 592-6600
Fax: (303) 592-6666
Email: kamatuzio@mac-legal.com

**COUGHLIN MIDLIGE**
**& GARLAND LLP**

By: /s/ *Patrick A. Florentino*
Patrick A. Florentino, Esq.
350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
Telephone: (973) 267-0058
Fax: (973) 267-6442
Email: pflorentino@cmg.law

*Attorneys for Plaintiff*
*Berkley Assurance Company*